**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-1252

CARL BENIT COOPER,

Plaintiff - Appellant,

versus

PINKERTON SECURITY, et al; ANDREW JOHN SAVAGE,
III, Esquire; EDUARDO KELVIN CURRY, Esquire;
MICHAEL S. SEEKINGS,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Florence.   Cameron McGowan Currie, District
Judge.  (4:06-cv-01448-CMC)

Submitted:  September 17, 2007        Decided:  October 9, 2007

Before NIEMEYER, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Carl Benit Cooper, Appellant Pro Se.  Robert Holmes Hood, HOOD LAW
FIRM, Charleston, South Carolina; John A. Massalon, WILLS &
MASSALON, Charleston, South Carolina; Joseph Rutledge Young, III,
DUFFY & YOUNG, LLC, Charleston, South Carolina; Eduardo Kelvin
Curry, CURRY, CURRY & COUNTS, Charleston, South Carolina; Timothy
William Bouch, LEATH, BOUCH & CRAWFORD, LLP, Charleston, South
Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carl Benit Cooper appeals a district court order and judgment adopting the magistrate judge's report and recommendation and dismissing his claim of a conspiracy among several parties ultimately resulting in his criminal convictions. We have reviewed the record and the district court's order and affirm for the reasons cited by the district court. See Cooper v. Pinkerton, No. 4:06-cv-01448-CMC (D.S.C. Feb. 27, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED